IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN HEATH HARRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:16cv235-WHA |
| | ) |
| ROBERT BENTLEY, etc., et al., | )        (wo) |
| | ) |
| Defendants. | ) |

**ORDER AND JUDGMENT**

Upon consideration of the Plaintiff's Motion to Dismiss Without Prejudice (Doc. #15), filed on June 6, 2016, it is hereby

ORDERED that the Motion to Dismiss is GRANTED and the case is DISMISSED without prejudice, with no costs taxed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 8th day of June, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE